# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katharine M Arkin,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:23-cv-04262-PD<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of ONE THOUSAND NINETY-TWO DOLLARS and 51/100 ($1,092.51), under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED AND TWO DOLLARS and 00/100 ($402.00) under 28 U.S.C. §1920 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

*PATRICIA DONAHUE*

DATE: October 26, 2023

_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE